# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Debra Hackbarth | **Defendant(s):** Aviant Healthcare LLC ; CHG Capital LLC ; Community Hospice Group, LLC ; Copper Communities Hospice, LLC ; Hospice of the Southwest-West Valley, LLC ; Hospice Management Group, LLC ; Hospice of the Southwest, L.L.C. ; Verde Valley Community Hospice, LLC ; Wellnet Health Services LLC ; BTCS LLC ; M S C Holding Group LLC ; Desert Ice Enterprises, Inc. ; Transition Care Holdings LLC ; The Doctor Is In LLC ; Nevada Community Hospice LLC ; Rockies Community Hospice LLC ; Jay Analovitch ; Donna Analovitch ; Richard Bass ; Mary Bass ; Todd Leach ; Ann Cheri Foxx Leach , MD; Russell Posorske ; Jennifer Posorske ; Derrick Johnson ; Jane Doe Johnson |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): **Michelle Ray Matheson** Matheson & Matheson, P.L.C. 15300 N 90th St., Ste. 550 Scottsdale, Arizona  8526 480-889-8951 | Defendant's Atty(s): |

<u>II. Basis of Jurisdiction:</u>  **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**
    Plaintiff:- **N/A**
    Defendant:- **N/A**

<u>IV. Origin</u> :  **1. Original Proceeding**

<u>V. Nature of Suit</u>:  **710 Fair Labor Standards Act**

<u>VI. Cause of Action:</u>  **29 U.S.C. s. 201-219**

<u>VII. Requested in Complaint</u>
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>/s Michelle R. Matheson</u>

    Date: <u>2/26/2015</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**