# EXHIBIT 1

## Deb Hackbarth

**From:** Jay Analovitch <JAnalovitch@chgcapital.com>
**Sent:** Wednesday, August 13, 2014 8:09 AM
**To:** Russ Posorske; Richard Bass
**Cc:** Deb Hackbarth
**Subject:** Letter

Good morning

I just read Debs letter and spoke to her on the phone. I am very disappointed about her not coming back. However I completely understand her feelings about a family and watching them grow up. I have my own situation with my wife ,daughters and Grandchildren that I did not get to watch grow up and completely understand her position. In addition to the family concerns we have continually discussed for over a year about her working 90-100 hours per week, with the growth of the companies those issues were not sufficiently addressed and with our financial situation we reduced her support.

I believe that she can do what she is doing with support until we get the financing done and get her significant support.

I will discuss with you all later. I will be tied up with a potential acquisition candidate from 12 pm till 3 30 PM CST today in Cleburne Texas.

I wish her the best and hope we can utilize her talents remotely.

Jay

1

# EXHIBIT 2

## Deb Hackbarth

| | |
|---|---|
| **From:** | Jay Analovitch <JAnalovitch@chgcapital.com> |
| **Sent:** | Monday, September 08, 2014 1:59 PM |
| **To:** | Richard Bass; Derrick Johnson; Deb Hackbarth |
| **Cc:** | Russ Posorske |
| **Subject:** | RE: |

This week will definitely be problematic as she is doing payroll and everything else. We can get together on phone tomorrow to discuss.

jay

**From:** Richard Bass
**Sent:** Monday, September 08, 2014 1:45 PM
**To:** Jay Analovitch; Derrick Johnson; Deb Hackbarth
**Cc:** Russ Posorske
**Subject:** RE:

All
It continues to be my preference that we have Deb working only 40 hours per week, however, it would be best that the four of you meet to discuss what is appropriate. Thanks Rb

**From:** Jay Analovitch
**Sent:** Monday, September 08, 2014 11:16 AM
**To:** Derrick Johnson; Deb Hackbarth
**Cc:** Richard Bass; Russ Posorske
**Subject:** RE:

Hello all

Going forward I will have to approve her overtime. She is and has been doing the work. Need clarification on her status Exempt/Non-Exempt ?

Please advise

Jay

**From:** Derrick Johnson
**Sent:** Monday, September 08, 2014 11:06 AM
**To:** Deb Hackbarth
**Cc:** Jay Analovitch
**Subject:** Re:

Hi Deb

Thank you for your correspondence and I spoke with Jay on Thursday of last week and he stated he was your direct supervisor. Accordingly, he and I will be working on this.

As I stated during our conversation regarding your work hours; please report all hours to Jay as he is responsible for approval of your work schedule and duties. He and I concur on this.

1

Take care.

Derrick J

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Deb Hackbarth
**Sent:** Monday, September 8, 2014 01:35
**To:** Derrick Johnson
**Cc:** Jay Analovitch
**Subject:**

Hey Derrick

I thought about our conversation on Thursday, I appreciate your concern over how many hours I work every week, all of you partners are well aware that I work way more than 40 hrs. each week. On a low average I work 80 hrs. a week. I checked with DOL and should never have been classified as a salaried employee. Tanya had discussed with you as well. I calculated it out and I should be paid roughly $160,000 for the overtime that I have worked. I understand that going forward I will need Jay's approval prior to working more than 40 hrs. per week, am I then to assume that I am being put back as a non-exempt/hourly employee?

Let me know.

Thanks
deb

2

**EXHIBIT 3**

## Deb Hackbarth

| | |
|---|---|
| **From:** | Jay Analovitch <JAnalovitch@chgcapital.com> |
| **Sent:** | Monday, October 06, 2014 11:43 AM |
| **To:** | Russ Posorske; Richard Bass; Deb Hackbarth; Janet MacDonald; Derrick Johnson; Jeannie Ingeneri; Julia Campbell |
| **Subject:** | Phoenix |

Good morning

I will be in Phoenix next Monday and Tuesday to work on any issues with Russ and Deb to get her off the exceeding of 80 hours and work with BTCS to get with Jeannie also.

jay

1