Michelle R. Matheson #019568
**MATHESON & MATHESON, P.L.C.**
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Hackbarth;<br><br>    Plaintiff,<br><br>v.<br><br>Aviant Healthcare LLC, et al,<br><br>    Defendants. | Case No.: 2:15-cv-00352-SRB<br><br>**REQUEST FOR SETTLEMENT CONFERENCE** |

Plaintiff, Debra Hackbarth, requests that the court refer this matter to a U.S. Magistrate Judge for a settlement conference. Defendants' counsel recently withdrew from the action and Defendants are currently unrepresented. Plaintiff therefore desires the assistance of a magistrate for any further settlement discussions between the parties.

DATED this 13th day of November, 2015

**MATHESON & MATHESON, P.L.C.**

By: /s/Michelle Matheson
    Michelle R. Matheson, #019568
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

☐ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

☒ I hereby certify that on November 13, 2015, I served the attached document by regular and/or electronic mail on the following, who are not registered participants of the CM/ECF System:

| | |
|---|---|
| Aviant Healthcare LLC<br>CHG Capital LLC<br>Community Hospice Group LLC<br>Copper Communities Hospice LLC<br>Hospice of the Southwest-West Valley LLC<br>Hospice Management Group LLC<br>Verde Valley Community Hospice LLC<br>Wellnet Health Service<br>BTCS LLC<br>MSC Holding Group LLC<br>Desert Ice Enterprises Incorporated<br>Transition Care Holdings LLC<br>The Doctor Is In LLC<br>Nevada Community Hospice LLC<br>Rockies Communities Hospice LLC<br>c/o Richard Bass<br>1640 S. Stapley Dr., Ste. 247<br>Mesa, AZ 85204<br>rbass@avianthealthcare.com | Richard and Mary Bass<br>1640 S. Stapley Dr., Ste. 247<br>Mesa, Arizona 85204<br>rbass@avianthealthcare.com<br><br>Russell and Jennifer Posorske<br>1640 S. Stapley Dr., Ste. 247<br>Mesa, Arizona 85204<br>rposorske@avianthealthcare.com<br><br>Jay and Donna Analovitch<br>1640 S. Stapley Dr., Ste. 247<br>Mesa, Arizona 85204<br>holdings48@hotmail.com<br><br>Todd Leach and Ann Cheri Foxx Leach<br>6040 E. Mariposa St.<br>Scottsdale, AZ 85251<br>tleach55@hotmail.com |
| Hospice of the Southwest, L.L.C.<br>c/o Russell Posorske<br>29455 N. Cave Creek Rd., Ste. 118-491<br>Cave Creek, AZ 85331-3245<br>rposorske@avianthealthcare.com | Derrick and Nichole Johnson<br>1640 S. Stapley Dr., Ste. 247<br>Mesa, Arizona 85204<br>djohnson@chgcapital.com |

  /s/ Christina Hackett