1  John L. Blanchard, 018995
2  OSBORN MALEDON, P.A.
   2929 N. Central Avenue, Suite 2100
3  Phoenix, AZ  85012-2793
   (602) 640-9304
4  jblanchard@omlaw.com

5  Attorneys for Defendants

6  Michelle R. Matheson  #019568
   **MATHESON & MATHESON, P.L.C.**
7  15300 North 90th Street
   Suite 550
8  Scottsdale, Arizona 85260
   (480) 889-8951
   mmatheson@mathesonlegal.com
9  **E-Service :** fax@mathesonlegal.com

10 Attorney for Plaintiff

11

12                UNITED STATES DISTRICT COURT

13                FOR THE DISTRICT OF ARIZONA

14 | Debra Hackbarth,                        | Case No.: 2:15-cv-00352-SRB |

15 |             Plaintiffs,                 |                             |

16 |                                         | **STIPULATED JUDGMENT**     |

17 | vs.                                     |                             |

18 | Aviant Healthcare LLC, an Arizona limited liability company, CHG Capital LLC, an Arizona limited liability company, Community Hospice Group, LLC, an Arizona limited liability company, Copper Communities Hospice, LLC, an Arizona limited liability company, Hospice of the Southwest-West Valley, LLC, an Arizona limited liability company, Hospice Management Group, LLC, an Arizona limited liability company, Hospice of the Southwest, L.L.C., an Arizona limited liability company, Verde Valley Community Hospice,

|   |   |
|---|---|
| 1 | LLC, an Arizona limited liability company, Wellnet Health Services LLC, an Arizona limited liability company, BTCS LLC, an Arizona limited liability company, M S C Holding Group LLC, an Arizona limited liability company, Desert Ice Enterprises, Inc., an Arizona corporation, Transition Care Holdings LLC, a Nevada limited liability company, The Doctor Is In LLC, a Nevada limited liability company, Nevada Community Hospice LLC, a Nevada limited liability company, Rockies Community Hospice LLC, a Colorado limited liability company, Jay Analovitch and Donna Analovitch, a married couple, Richard Bass and Mary Bass, a married couple, Todd Leach and Ann Cheri Foxx Leach, MD, a married couple, Russell Posorske and Jennifer Posorske, a married couple, and Derrick Johnson and Jane Doe Johnson, a married couple, |

                           Defendants.

Pursuant to the stipulation of the parties and good cause appearing therefrom,

IT IS ORDERED, ADJUDICATED, AND DECREED that Plaintiff Debra Hackbarth be awarded Judgment, jointly and severally against all Defendants to this action, in the amount of $160,000 with interest to accrue at the rate of ten percent (10%) simple interest per annum from the date of entry of judgment until paid in full.

3149828