IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Hackbarth;<br><br>　　　Plaintiff,<br><br>v.<br><br>Aviant Healthcare LLC, et al,<br><br>　　　Defendants. | Case No.: 2:15-cv-00352-SRB<br><br>**ORDER** |

The court having reviewed the joint motion for approval of the settlement reached by the parties in this matter finds that the proposed settlement terms represent a fair and equitable resolution of this action. For these reasons, the Court hereby approves the settlement terms as set forth in settlement agreement filed with the court as well as the terms of the stipulated judgment. Plaintiff may file and execute upon the judgment only upon a showing of default as defined by the settlement agreement. (Doc. 64)

　　　Dated this 4th day of January, 2016.

　　　　　　　　　　　_____
　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　United States District Judge